# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMUEL RITTER | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. CIV-16-0438-HE |
| | ) |
| STATE OF OKLAHOMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Defendant Oklahoma City University has filed a motion asking the court to redact the name of the alleged victim of the sexual assault from the public record. Defendant's narrowly tailored request is reasonable and warranted under the circumstances and will be granted.

The Court Clerk is directed to seal immediately plaintiff's supplemental brief [Doc. #16] and amended complaint [Doc. #17]. Within **three (3) days**, plaintiff is directed to file revised versions of those pleadings that redact the name of the alleged victim. The court also directs that the alleged victim's name be redacted from the transcript of the hearing held on May 3, 2016. The court further orders that the alleged victim's name be redacted in future court filings absent further court order.

Accordingly, defendant's motion for redaction and for order prohibiting further disclosure [Doc. #24] is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 6th day of June, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE